UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| TAYLOR HUEMOELLER, a/k/a Taylor Klein,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 3:23-CV-03016-RAL<br><br><br>JUDGMENT OF DISMISSAL |

Based on the Opinion and Order Granting the United States' Motion to Dismiss and Denying Petitioner's § 2255 Motion and the reasons contained therein, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits under Rules 54 and 58 of the Rules of Civil Procedure with judgment against Plaintiff and for the Defendant hereby entering.

DATED this 22nd day of January, 2024.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE